# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Brande S. Garabedian | Docket No. | 2:11CR00116-004 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant Brande S. Garabedian, who was placed under pretrial release supervision by the Honorable James P. Hutton, sitting in the court at Spokane, Washington, on the 22nd day of July 2011, under the following conditions:

**Condition #21:** Refrain from use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant provided a urine sample with a positive result for methamphetamine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/12/2011

by   s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

S/ CYNTHIA IMBROGNO

Signature of Judicial Officer

12/13/11

Date