PROB 12C
(7/93)

Report Date: May 25, 2012

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 30 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Brande S. Garabedian             Case Number: 2:11CR00116-004

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 05/02/2012

Original Offense:    Uttering and Possessing Counterfeit Securities of an Organization, 18 U.S.C. § 513(a)

Original Sentence:   Probation - 36 months              Type of Supervision: Probation

Asst. U.S. Attorney: Tim J. Ohms                   Date Supervision Commenced: 05/02/2012

Defense Attorney:    Ronald A. VanWert              Date Supervision Expires: 05/01/2015

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six times per month, in order to confirm continued of abstinence from these substances. |

**Supporting Evidence**: Brande Garabedian violated conditions of her probation by consuming methamphetamine on or about May 17, 18, and 21, 2012. On May 18, 2012, the offender left a voice mail self-disclosing use of a controlled substance. Pioneer Human Services also notified U.S. Probation that the offender submitted a urine specimen that was presumptive positive for methamphetamine metabolites.

On May 18, 2012, the offender was instructed to appear in the U.S. Probation Office in order to address the alleged violation. At that time, Ms. Garabedian signed the Admission of Drug Use form. Specifically, the offender admitted to consuming methamphetamine on or about May 16, 2012.

On May 23, 2012, the offender reported to the office following urinalysis testing on May 21, 2012. Ms. Garabedian again admitted to consuming methamphetamine on or about May 19, 2012. She also signed an Admission of Drug Use form on May 3, 2012.

Prob12C
Re: Garabedian, Brande S.
May 25, 2012
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons for the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____

s/Tommy Rosser          05/25/2012

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

5/30/12
Date